**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 29, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00150-CV

---

### IN RE N.B.G., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-14923**

---

## MEMORANDUM OPINION

On March 22, 2021, relator N.B.G. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court of Harris County, to grant relator's petition for writ of habeas corpus for the return of a child.

The trial court has ordered that the child be returned to relator, and a writ of attachment for law enforcement to take the body of the child and return the child to relator is pending. Relator's request for relief from this court is now moot.

Accordingly, relator's petition for writ of mandamus is dismissed.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.